## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DISTRICT

**JOSEPH BROWN**                                                  **PLAINTIFF**

**V.**                           **CIVIL ACTION NO. 3:24-cv-00318-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI, et al.**                    **DEFENDANTS**

### NOTICE OF DEPOSITION

        TO:    ALL COUNSEL OF RECORD

Please take notice that on the 5th day of June, 2025, at 10:00 a.m., Defendants, Hinds County, Mississippi,  and Sheriff Tyree Jones, in the above styled and numbered cause will take the deposition of **JOSEPH BROWN,** at Coxwell & Associates, PLLC., 501 N. State St., Jackson, Mississippi 39201, upon oral examination to be recorded stenographically by a Court Reporter duly authorized to administer oaths.  Said examination will continue from day to day until completed.  You are invited to attend and participate in the deposition.

**DATE:**       **May 21, 2025**

                                    Respectfully submitted,

                                    **HINDS COUNTY, MISSISSIPPI**
                                    **AND SHERIFF TYREE JONES**

                                BY:    */s/ Katelyn A. Riley*
                                       One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
KATELYN A. RILEY (MSB #105115)
Butler Snow, LLP
1020 Highland Colony Pkwy.
Ridgeland, MS 39157
Tel. 601-948-5711
will.allen@butlersnow.com
katelyn.riley@butlersnow.com

**CERTIFICATE OF SERVICE**

I, the undersigned of Butler Snow LLP, hereby certify hereby certify that on this day, I electronically filed the foregoing Notice of Service with the Clerk of the Court using the ECF system which gave notification of the same to the following:

Charles R. Mullins
MULLINS LAW FIRM
1146 Lyncrest Avenue
Jackson, MS 39202-2103
769-216-8373
chuck@chuckmullinslaw.com

Merrida P. Coxwell, Jr.
Courtney D. Sanders
Coxwell and Associates, PLLC
500 N. State St.
Jackson, MS 39201
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
courtneys@coxwelllaw.com
*Attorneys for Plaintiff*

This the 21st day of May, 2025.

*/s/ Katelyn A. Riley*
OF COUNSEL

93794300.v1

2