| | |
|---|---|
| **From:** | Courtney Sanders |
| **To:** | wallen@aabalegal.com; Will Allen; "tgaylor@cglawpartners.com"; Rayford Chambers (rchambers@co.hinds.ms.us) |
| **Cc:** | Chuck Mullins |
| **Subject:** | Joseph Brown - Letter of Preservation and Public Records Request |
| **Date:** | Tuesday, November 7, 2023 4:57:58 PM |
| **Attachments:** | J.Brown-Letter of Preservation.pdf<br>J.Brown-Public Records Request.pdf |

Dear All:

Please see the attached Letter of Preservation and Public Records Request regarding Mr. Joseph Brown.

Thank you!

## Courtney Sanders

**Associate Attorney | Coxwell & Mullins, PLLC** I 500  N. State Street I Jackson, MS 39201  (Mailing address:  P.O. Box 1337 I Jackson, MS  39215-1337) I Office: (601) 948-1600 I Fax: (601) 948-7097 | Toll Free: 1-877-231-1600 | courtneys@coxwelllaw.com I www.coxwelllaw.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is privileged and CONFIDENTIAL and is intended for the use of the addressee given above. If you are neither the intended recipient nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (601) 948-1600 to arrange for the return to us of the original document. Coxwell & Associates must  notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (601) 948-1600

**EXHIBIT A**

## COXWELL & ASSOCIATES, PLLC

### ATTORNEYS AT LAW

MERRIDA COXWELL, P.C. ··
CHARLES R. MULLINS, P.C. ·

·· *Also Licensed in District of Columbia
and West Virginia, and Arkansas*

· *Also Licensed in District of Columbia
and West Virginia*

*500 North State Street
Post Office Box 1337
Jackson, Mississippi 39215-1337*

Tel: (601) 948.1600
Fax: (601) 948-7097
Toll Free:
1-877-231-1600

November 7, 2023

### *VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:*

Eddie Jean Carr, Chancery Clerk
Hinds County Chancery Court
Post Office Box 686
Jackson, Mississippi 39205-0686

### *VIA ELECTRONIC MAIL:*

Will Allen, Esq.
wallen@aabalegal.com
will.allen@aabalega.com

Tony Gaylor, Esq.
tgaylor@cglawpartners.com

Ray Chambers, Esq.
rchambers@co.hinds.ms.us

Re:    **Joseph Brown**

Dear Sir or Madam,

Our office has been contacted by Joseph Brown to investigate a potential claim arising out of incidents that occurred at the Hinds County Jail on or about (a) February 2023 and (b) March 2023.

I am writing to ask that you preserve any and all evidence associated with this incident including, but not limited to, all log books, video/audio taken by surveillance cameras, photos, emails, text messages, 911 calls, computer assisted dispatch (CAD), body camera video, dashcam video, taser download and any statements by witnesses or any other electronic documentary evidence.

If any item of evidence is to be recycled or destroyed, for any reason, please notify me in advance so that I may preserve the evidence at my expense. If you cannot or will not honor this request, kindly notify me of that fact within five (5) days of your receipt of this letter.

If I receive no response, I will assume that you intend to preserve all evidence and notify me sufficiently in advance of the destruction so that I can preserve it at my cost. I will also assume that you have directed the appropriate individuals to abide by this request so that evidence is not inadvertently, or in the course of routine practice, destroyed or otherwise rendered non-retrievable.

Sincerely,

COURTNEY D. SANDERS

CRM/cds

Page 1 of 1

# COXWELL & ASSOCIATES, PLLC

ATTORNEYS AT LAW

MERRIDA COXWELL, P.C.**
CHARLES R. MULLINS, P.C.*

** Also Licensed in District of Columbia
and West Virginia, and Arkansas

* Also Licensed in District of Columbia
and West Virginia

500 North State Street
Post Office Box 1337
Jackson, Mississippi 39215-1337

Tel: (601) 948.1600
Fax: (601) 948-7097
Toll Free:
1-877-231-1600

November 7, 2023

**_VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:_**
Eddie Jean Carr, Chancery Clerk
Hinds County Chancery Court
Post Office Box 686
Jackson, Mississippi 39205-0686

**_VIA ELECTRONIC MAIL:_**

Will Allen, Esq.
wallen@aabalegal.com
will.allen@aabalega.com

Tony Gaylor, Esq.
tgaylor@cglawpartners.com

Ray Chambers, Esq.
rchambers@co.hinds.ms.us

**RE:    FOIA Public Records Request**

Dear Sir or Madam,

Our office has been contacted by Joseph Brown to investigate an incident(s) which occurred on or about (a) February 2023, and (b) March 2023, at the Hinds County Jail in Raymond, Mississippi.

Under the Mississippi Public Records Act § 25-61-1 *et seq.*, I am requesting an opportunity to inspect or obtain copies of public records relative to said incident, specifically, **the CID file, all files, log books, 911 calls, body camera footage, dash camera footage, photos, emails, medical records, documentation, electronic control device data, surveillance video, audio recordings, and any statements by witnesses related to Joseph Brown.**

If there are any fees for searching or copying these records, please advise my office as soon as possible as to the specific amount and to whom it should be directed; please be advised, however, that I am requesting a waiver of all fees in that disclosure of the requested information is in the public interest and this request is not made for commercial purposes.

The law requires that you respond to this request within one and fourteen (14) days, dependent on your Department's established policy. If you expect a significant delay in your response, please contact me to advise as to when I can either expect receipt of copies, or the ability to personally inspect the requested records.

1

If you deny any portion of this request or the request in its' entirety, please cite with specificity each specific exemption you feel justifies the refusal to release this public information and notify me as to the appellate procedures available under the law.

Thank you for your consideration and assistance with this matter.

Very sincerely yours,

COURTNEY SANDERS

CRM/cds

2

From:            Courtney Sanders <courtneys@coxwelllaw.com>

To:              wallen@aabalegal.com <WAllen@aabalegal.com>;Will Allen
<Will.Allen@aabalegal.com>;tgaylor@cglawpartners.com <tgaylor@cglawpartners.com>;Rayford
Chambers (rchambers@co.hinds.ms.us) <rchambers@cglawpartners.com>

CC:              Chuck Mullins <chuckm@coxwelllaw.com>

BCC:

Subject:         RE: Joseph Brown - Letter of Preservation and Public Records Request

Sent:            11/27/2023 4:14:07 PM

---

Good morning,

I'm following up on records for Mr. Joseph Brown. Please let me know when we may expect his
records.

Thank you!

### *Courtney Sanders*
**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders
**Sent:** Tuesday, November 7, 2023 4:58 PM
**To:** wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>; 'tgaylor@cglawpartners.com'
<tgaylor@cglawpartners.com>; Rayford Chambers (rchambers@co.hinds.ms.us)
<rchambers@cglawpartners.com>
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** Joseph Brown - Letter of Preservation and Public Records Request

Dear All:

Please see the attached Letter of Preservation and Public Records Request regarding Mr.
Joseph Brown.

Thank you!

### *Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC** I 500  N. State Street I Jackson, MS 39201  (Mailing address:  P.O. Box 1337 I Jackson, MS  39215-1337) I Office: (601) 948-1600 I Fax: (601) 948-7097 | Toll Free: 1-877-231-1600 | courtneys@coxwelllaw.com I www.coxwelllaw.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is privileged and CONFIDENTIAL and is intended for the use of the addressee given above. If you are neither the intended recipient nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (601) 948-1600 to arrange for the return to us of the original document.

Coxwell & Associates must  notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.


The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (601) 948-1600

From:          Courtney Sanders <courtneys@coxwelllaw.com>

To:            wallen@aabalegal.com <WAllen@aabalegal.com>;Will Allen
<Will.Allen@aabalegal.com>;tgaylor@cglawpartners.com <tgaylor@cglawpartners.com>;Rayford
Chambers (rchambers@co.hinds.ms.us) <rchambers@cglawpartners.com>

CC:            Chuck Mullins <chuckm@coxwelllaw.com>

BCC:

Subject:       RE: Joseph Brown - Letter of Preservation and Public Records Request

Sent:          12/5/2023 3:25:27 PM

---

Good morning,

I'm following up on records for Mr. Joseph Brown. Please let me know when we may expect them.

Thank you!

*Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders
**Sent:** Tuesday, November 7, 2023 4:58 PM
**To:** wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>; 'tgaylor@cglawpartners.com'
<tgaylor@cglawpartners.com>; Rayford Chambers (rchambers@co.hinds.ms.us)
<rchambers@cglawpartners.com>
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** Joseph Brown - Letter of Preservation and Public Records Request

Dear All:

Please see the attached Letter of Preservation and Public Records Request regarding Mr.
Joseph Brown.

Thank you!

*Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC** l 500  N. State Street l Jackson, MS 39201  (Mailing address:  P.O. Box 1337 l Jackson, MS  39215-1337) l Office: (601) 948-1600 l Fax: (601) 948-7097 | Toll Free: 1-877-231-1600 | courtneys@coxwelllaw.com l www.coxwelllaw.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is privileged and CONFIDENTIAL and is intended for the use of the addressee given above. If you are neither the intended recipient nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (601) 948-1600 to arrange for the return to us of the original document.

Coxwell & Associates must  notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (601) 948-1600

From:           rchambers cglawpartners.com <rchambers@cglawpartners.com>

To:             Courtney Sanders <courtneys@coxwelllaw.com>;wallen@aabalegal.com
                <WAllen@aabalegal.com>;Will Allen <Will.Allen@aabalegal.com>;tgaylor@cglawpartners.com
                <tgaylor@cglawpartners.com>;jhall@halllawgrp.com <jhall@halllawgrp.com>

CC:             Chuck Mullins <chuckm@coxwelllaw.com>

BCC:

Subject:        RE: Joseph Brown - Letter of Preservation and Public Records Request

Sent:           12/5/2023 3:32:17 PM

---

Courtney and Chuck, I have added John Hall to this email thread. Please address any requests
directly to him as represents HCSD.

> On 12/05/2023 9:25 AM CST Courtney Sanders <courtneys@coxwelllaw.com>
> wrote:

Good morning,

I'm following up on records for Mr. Joseph Brown. Please let me know when we
may expect them.

Thank you!

**_Courtney Sanders_**

**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders
**Sent:** Tuesday, November 7, 2023 4:58 PM
**To:** wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>;

'tgaylor@cglawpartners.com' <tgaylor@cglawpartners.com>; Rayford Chambers
(rchambers@co.hinds.ms.us) <rchambers@cglawpartners.com>
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** Joseph Brown - Letter of Preservation and Public Records Request

Dear All:

Please see the attached Letter of Preservation and Public Records Request
regarding Mr. Joseph Brown.

Thank you!

## *Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC** I 500  N. State Street I
Jackson, MS  39201  (Mailing address:  P.O. Box 1337 I Jackson, MS
39215-1337) I Office: (601) 948-1600 I Fax: (601) 948-7097 | Toll Free:
1-877-231-1600 | courtneys@coxwelllaw.com I www.coxwelllaw.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is privileged and CONFIDENTIAL
and is intended for the use of the addressee given above. If you are neither the intended recipient nor an
employee or agent responsible for delivering the message to the intended recipient, you are hereby notified
that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail
information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by
telephone (601) 948-1600 to arrange for the return to us of the original document.

Coxwell & Associates must  notify all recipients of e-mail that (1) e-mail communication is
not a secure method of communication; (2) any e-mail that is sent to you or by you may be
copied and held by various computers it passes through as it goes from me to you or vice
versa; (3) persons not participating in our communication may intercept our
communications by improperly accessing your computer or my computer or even some
computer unconnected to either of us which the e-mail passed through. I am communicating
to you via e-mail because you have consented to receive communications via this medium. If
you change your mind and want future communications to be sent in a different fashion,
please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential
information intended only for the use of the individual or entity named above. If the reader
of this transmission is not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this transmission is strictly prohibited. If you have
received this transmission in error, please call (601) 948-1600

From:          Courtney Sanders <courtneys@coxwelllaw.com>

To:            John Hall <jhall@co.hinds.ms.us>;jhall@halllawgrp.com <jhall@halllawgrp.com>

CC:            Chuck Mullins <chuckm@coxwelllaw.com>;Rayford Chambers
(rchambers@co.hinds.ms.us) <rchambers@cglawpartners.com>;wallen@aabalegal.com
<WAllen@aabalegal.com>;Will Allen <Will.Allen@aabalegal.com>;tgaylor@cglawpartners.com
<tgaylor@cglawpartners.com>

BCC:

Subject:       RE: Joseph Brown - Letter of Preservation and Public Records Request

Sent:          12/11/2023 10:37:56 PM

Attachments:   SIGNED LOP-34152.pdf, SIGNED FOIA-34153.pdf

---

Hi John,

I am following up on records for Mr. Joseph Brown.  I attached my original records request and letter
of preservation to this email for your review. Please let me know when we may expect to receive
records for Mr. Joseph Brown.

Thank you,

## *Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Sent:** Tuesday, December 5, 2023 9:32 AM
**To:** Courtney Sanders <courtneys@coxwelllaw.com>; wallen@aabalegal.com; Will Allen
<Will.Allen@aabalegal.com>; tgaylor@cglawpartners.com; jhall@halllawgrp.com
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** RE: Joseph Brown - Letter of Preservation and Public Records Request

Courtney and Chuck, I have added John Hall to this email thread.  Please address any requests
directly to him as represents HCSD.

On 12/05/2023 9:25 AM CST Courtney Sanders <courtneys@coxwelllaw.com> wrote:

Good morning,

I'm following up on records for Mr. Joseph Brown. Please let me know when we may expect them.

Thank you!

## *Courtney Sanders*
**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders
**Sent:** Tuesday, November 7, 2023 4:58 PM
**To:** wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>; 'tgaylor@cglawpartners.com' <tgaylor@cglawpartners.com>; Rayford Chambers (rchambers@co.hinds.ms.us) <rchambers@cglawpartners.com>
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** Joseph Brown - Letter of Preservation and Public Records Request

Dear All:

Please see the attached Letter of Preservation and Public Records Request regarding Mr. Joseph Brown.

Thank you!

## *Courtney Sanders*
**Associate Attorney | Coxwell & Mullins, PLLC** I 500 N. State Street I Jackson, MS 39201 (Mailing address: P.O. Box 1337 I Jackson, MS 39215-1337) I Office: (601) 948-1600 I Fax: (601) 948-7097 | Toll Free: 1-877-231-1600 | courtneys@coxwelllaw.com | www.coxwelllaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail is privileged and CONFIDENTIAL and is intended for the use of the addressee given above. If you are neither the intended recipient nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (601) 948-1600 to arrange for the return to us of the original document.

Coxwell & Associates must notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this transmission is strictly prohibited. If you have received this
transmission in error, please call (601) 948-1600

# COXWELL & ASSOCIATES, PLLC

### ATTORNEYS AT LAW

MERRIDA COXWELL, P.C.**
CHARLES R. MULLINS, P.C.*

** *Also Licensed in District of Columbia
and West Virginia, and Arkansas*

* *Also Licensed in District of Columbia
and West Virginia*

*500 North State Street
Post Office Box 1337
Jackson, Mississippi 39215-1337*

November 7, 2023

Tel: (601) 948.1600
Fax: (601) 948-7097
Toll Free:
1-877-231-1600

**_VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:_**
Eddie Jean Carr, Chancery Clerk
Hinds County Chancery Court
Post Office Box 686
Jackson, Mississippi 39205-0686

**_VIA ELECTRONIC MAIL:_**

| | | |
|---|---|---|
| Will Allen, Esq. | Tony Gaylor, Esq. | Ray Chambers, Esq. |
| wallen@aabalegal.com | tgaylor@cglawpartners.com | rchambers@co.hinds.ms.us |
| will.allen@aabalega.com | | |

    **Re:    Joseph Brown**

Dear Sir or Madam,

      Our office has been contacted by Joseph Brown to investigate a potential claim arising out of incidents that occurred at the Hinds County Jail on or about (a) February 2023 and (b) March 2023.

      I am writing to ask that you preserve any and all evidence associated with this incident including, but not limited to, all log books, video/audio taken by surveillance cameras, photos, emails, text messages, 911 calls, computer assisted dispatch (CAD), body camera video, dashcam video, taser download and any statements by witnesses or any other electronic documentary evidence.

      If any item of evidence is to be recycled or destroyed, for any reason, please notify me in advance so that I may preserve the evidence at my expense. If you cannot or will not honor this request, kindly notify me of that fact within five (5) days of your receipt of this letter.

      If I receive no response, I will assume that you intend to preserve all evidence and notify me sufficiently in advance of the destruction so that I can preserve it at my cost. I will also assume that you have directed the appropriate individuals to abide by this request so that evidence is not inadvertently, or in the course of routine practice, destroyed or otherwise rendered non-retrievable.

Sincerely,

COURTNEY D. SANDERS

CRM/cds

# COXWELL & ASSOCIATES, PLLC

ATTORNEYS AT LAW

MERRIDA COXWELL, P.C.**
CHARLES R. MULLINS, P.C.*

** Also Licensed in District of Columbia
and West Virginia, and Arkansas

* Also Licensed in District of Columbia
and West Virginia

500 North State Street
Post Office Box 1337
Jackson, Mississippi 39215-1337

Tel: (601) 948.1600
Fax: (601) 948-7097
Toll Free:
1-877-231-1600

November 7, 2023

**_VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:_**
Eddie Jean Carr, Chancery Clerk
Hinds County Chancery Court
Post Office Box 686
Jackson, Mississippi 39205-0686

**_VIA ELECTRONIC MAIL:_**

Will Allen, Esq.
wallen@aabalegal.com
will.allen@aabalega.com

Tony Gaylor, Esq.
tgaylor@cglawpartners.com

Ray Chambers, Esq.
rchambers@co.hinds.ms.us

RE:    **FOIA Public Records Request**

Dear Sir or Madam,

Our office has been contacted by Joseph Brown to investigate an incident(s) which occurred on or about (a) February 2023, and (b) March 2023, at the Hinds County Jail in Raymond, Mississippi.

Under the Mississippi Public Records Act § 25-61-1 *et seq.*, I am requesting an opportunity to inspect or obtain copies of public records relative to said incident, specifically, **the CID file, all files, log books, 911 calls, body camera footage, dash camera footage, photos, emails, medical records, documentation, electronic control device data, surveillance video, audio recordings, and any statements by witnesses related to Joseph Brown.**

If there are any fees for searching or copying these records, please advise my office as soon as possible as to the specific amount and to whom it should be directed; please be advised, however, that I am requesting a waiver of all fees in that disclosure of the requested information is in the public interest and this request is not made for commercial purposes.

The law requires that you respond to this request within one and fourteen (14) days, dependent on your Department's established policy. If you expect a significant delay in your response, please contact me to advise as to when I can either expect receipt of copies, or the ability to personally inspect the requested records.

1

If you deny any portion of this request or the request in its' entirety, please cite with specificity each specific exemption you feel justifies the refusal to release this public information and notify me as to the appellate procedures available under the law.

Thank you for your consideration and assistance with this matter.

Very sincerely yours,

COURTNEY SANDERS

CRM/cds

From:          Courtney Sanders <courtneys@coxwelllaw.com>

To:            John Hall <jhall@co.hinds.ms.us>;jhall@halllawgrp.com <jhall@halllawgrp.com>

CC:            Chuck Mullins <chuckm@coxwelllaw.com>;Rayford Chambers
(rchambers@co.hinds.ms.us) <rchambers@cglawpartners.com>;wallen@aabalegal.com
<WAllen@aabalegal.com>;Will Allen <Will.Allen@aabalegal.com>;tgaylor@cglawpartners.com
<tgaylor@cglawpartners.com>

BCC:

Subject:       RE: Joseph Brown - Letter of Preservation and Public Records Request

Sent:          12/14/2023 10:38:16 PM

---

Hi John,

I have not heard back from you regarding records for Joseph Brown. Please let me know when we
may expect records for Mr. Brown. My initial request was made on November 7, and I have yet to
receive one document pertaining to Joseph Brown.

Thank you,

### *Courtney Sanders*
**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders
**Sent:** Monday, December 11, 2023 4:38 PM
**To:** John Hall <jhall@co.hinds.ms.us>; jhall@halllawgrp.com
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>; Rayford Chambers (rchambers@co.hinds.ms.us)
<rchambers@cglawpartners.com>; wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>;
tgaylor@cglawpartners.com
**Subject:** RE: Joseph Brown - Letter of Preservation and Public Records Request

Hi John,

I am following up on records for Mr. Joseph Brown.  I attached my original records request and letter
of preservation to this email for your review. Please let me know when we may expect to receive
records for Mr. Joseph Brown.

Thank you,

*Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Sent:** Tuesday, December 5, 2023 9:32 AM
**To:** Courtney Sanders <courtneys@coxwelllaw.com>; wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>; tgaylor@cglawpartners.com; jhall@halllawgrp.com
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** RE: Joseph Brown - Letter of Preservation and Public Records Request

Courtney and Chuck, I have added John Hall to this email thread. Please address any requests directly to him as represents HCSD.

> On 12/05/2023 9:25 AM CST Courtney Sanders <courtneys@coxwelllaw.com> wrote:
>
>
> Good morning,
>
> I'm following up on records for Mr. Joseph Brown. Please let me know when we may expect them.
>
> Thank you!

*Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders
**Sent:** Tuesday, November 7, 2023 4:58 PM
**To:** wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>; 'tgaylor@cglawpartners.com' <tgaylor@cglawpartners.com>; Rayford Chambers (rchambers@co.hinds.ms.us) <rchambers@cglawpartners.com>
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** Joseph Brown - Letter of Preservation and Public Records Request

Dear All:

Please see the attached Letter of Preservation and Public Records Request regarding Mr. Joseph Brown.

Thank you!

*Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC** I 500  N. State Street I Jackson, MS  39201  (Mailing address:  P.O. Box 1337 I Jackson, MS 39215-1337) I Office: (601) 948-1600 I Fax: (601) 948-7097 | Toll Free: 1-877-231-1600 | courtneys@coxwelllaw.com I www.coxwelllaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail is privileged and CONFIDENTIAL and is intended for the use of the addressee given above. If you are neither the intended recipient nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (601) 948-1600 to arrange for the return to us of the original document.

**Coxwell & Associates must  notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.**

**The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (601) 948-1600**

From:          Chuck Mullins <chuckm@coxwelllaw.com>

To:            Courtney Sanders <courtneys@coxwelllaw.com>;John Hall
<jhall@co.hinds.ms.us>;jhall@halllawgrp.com <jhall@halllawgrp.com>

CC:            Rayford Chambers (rchambers@co.hinds.ms.us)
<rchambers@cglawpartners.com>;wallen@aabalegal.com <WAllen@aabalegal.com>;Will Allen
<Will.Allen@aabalegal.com>;tgaylor@cglawpartners.com <tgaylor@cglawpartners.com>

BCC:

Subject:       RE: Joseph Brown - Letter of Preservation and Public Records Request

Sent:          12/14/2023 10:39:13 PM

---

Can we please get a status on this? It's been well past the 14 day mark. Please someone respond.
Bueller?

## Chuck

Charles R. "Chuck" Mullins
Coxwell & Mullins
500 N. State Street
Jackson, MS 39201
(P) 601.948.1600, (F) 601.948.7097
chuckm@coxwelllaw.com
www.coxwelllaw.com

**From:** Courtney Sanders <courtneys@coxwelllaw.com>
**Sent:** Thursday, December 14, 2023 4:38 PM
**To:** John Hall <jhall@co.hinds.ms.us>; jhall@halllawgrp.com
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>; Rayford Chambers (rchambers@co.hinds.ms.us)
<rchambers@cglawpartners.com>; wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>;
tgaylor@cglawpartners.com
**Subject:** RE: Joseph Brown - Letter of Preservation and Public Records Request

Hi John,

I have not heard back from you regarding records for Joseph Brown. Please let me know when we
may expect records for Mr. Brown. My initial request was made on November 7, and I have yet to
receive one document pertaining to Joseph Brown.

Thank you,

**Courtney Sanders**
**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders
**Sent:** Monday, December 11, 2023 4:38 PM
**To:** John Hall <jhall@co.hinds.ms.us>; jhall@halllawgrp.com
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>; Rayford Chambers (rchambers@co.hinds.ms.us)
<rchambers@cglawpartners.com>; wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>;
tgaylor@cglawpartners.com
**Subject:** RE: Joseph Brown - Letter of Preservation and Public Records Request

Hi John,

I am following up on records for Mr. Joseph Brown. I attached my original records request and letter
of preservation to this email for your review. Please let me know when we may expect to receive
records for Mr. Joseph Brown.

Thank you,

**Courtney Sanders**
**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Sent:** Tuesday, December 5, 2023 9:32 AM
**To:** Courtney Sanders <courtneys@coxwelllaw.com>; wallen@aabalegal.com; Will Allen
<Will.Allen@aabalegal.com>; tgaylor@cglawpartners.com; jhall@halllawgrp.com
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** RE: Joseph Brown - Letter of Preservation and Public Records Request

Courtney and Chuck, I have added John Hall to this email thread. Please address any requests
directly to him as represents HCSD.

> On 12/05/2023 9:25 AM CST Courtney Sanders <courtneys@coxwelllaw.com> wrote:
>
>
> Good morning,
>
> I'm following up on records for Mr. Joseph Brown. Please let me know when we may
> expect them.
>
> Thank you!

## *Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders
**Sent:** Tuesday, November 7, 2023 4:58 PM
**To:** wallen@aabalegal.com; Will Allen <Will.Allen@aabalegal.com>;
'tgaylor@cglawpartners.com' <tgaylor@cglawpartners.com>; Rayford Chambers
(rchambers@co.hinds.ms.us) <rchambers@cglawpartners.com>
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>
**Subject:** Joseph Brown - Letter of Preservation and Public Records Request

Dear All:

Please see the attached Letter of Preservation and Public Records Request
regarding Mr. Joseph Brown.

Thank you!

## *Courtney Sanders*

**Associate Attorney | Coxwell & Mullins, PLLC** I 500  N. State Street I
Jackson, MS  39201  (Mailing address:  P.O. Box 1337 I Jackson, MS
39215-1337) I Office: (601) 948-1600 I Fax: (601) 948-7097 | Toll Free:
1-877-231-1600 | courtneys@coxwelllaw.com | www.coxwelllaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail is privileged and CONFIDENTIAL and is intended for the use of the addressee given above. If you are neither the intended recipient nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (601) 948-1600 to arrange for the return to us of the original document.

**Coxwell & Associates must  notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.**

**The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (601) 948-1600**

| | |
|---|---|
| **From:** | rchambers cglawpartners.com |
| **To:** | Courtney Sanders; Chuck Mullins |
| **Cc:** | tony gaylor; John Hall; Will Allen |
| **Subject:** | RE: Regarding: ▮ |
| **Date:** | Thursday, December 28, 2023 11:39:58 AM |

What requests do you have outstanding that do not pertain to RDC or the Sheriff's department? I thought ▮▮▮▮▮▮, and Brown were all RDC alleged incidents?

> On 12/28/2023 11:30 AM CST Courtney Sanders <courtneys@coxwelllaw.com> wrote:
>
> That was in relation to Joseph Brown. We have several outstanding records requests with Hinds County.

## Courtney Sanders

**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Sent:** Thursday, December 28, 2023 11:28 AM
**To:** Chuck Mullins <chuckm@coxwelllaw.com>; Courtney Sanders <courtneys@coxwelllaw.com>
**Cc:** tony gaylor <tgaylor@cglawpartners.com>; Will Allen <will.allen@aabalegal.com>; John Hall <jhall@halllawgrp.com>
**Subject:** RE: Regarding: ▮▮▮▮▮

I responded on 12/5 directing to contact John Hall. Happy Holidays

> On 12/28/2023 11:19 AM CST Chuck Mullins <chuckm@coxwelllaw.com> wrote:

Correction. Will has responded

*Chuck*

Charles R. "Chuck" Mullins

Coxwell & Mullins

500 N. State Street

Jackson, MS 39201

(P) 601.948.1600, (F) 601.948.7097

chuckm@coxwelllaw.com

www.coxwelllaw.com

**From:** Chuck Mullins
**Sent:** Thursday, December 28, 2023 11:18 AM
**To:** rchambers cglawpartners.com <rchambers@cglawpartners.com>;
Courtney Sanders <courtneys@coxwelllaw.com>
**Cc:** tony gaylor <tgaylor@cglawpartners.com>; Will Allen
<will.allen@aabalegal.com>; John Hall <jhall@halllawgrp.com>
**Subject:** RE: Regarding: ██████████████

John has been copied on all request Ray. We have been trying for
weeks on several of these with ZERO response. Thanks.

*Chuck*

Charles R. "Chuck" Mullins

Coxwell & Mullins

500 N. State Street

Jackson, MS 39201

(P) 601.948.1600, (F) 601.948.7097

chuckm@coxwelllaw.com

www.coxwelllaw.com

**From:** rchambers cglawpartners.com
<rchambers@cglawpartners.com>
**Sent:** Thursday, December 28, 2023 11:13 AM
**To:** Courtney Sanders <courtneys@coxwelllaw.com>
**Cc:** Chuck Mullins <chuckm@coxwelllaw.com>; tony gaylor
<tgaylor@cglawpartners.com>; Will Allen
<will.allen@aabalegal.com>; John Hall <jhall@halllawgrp.com>
**Subject:** Re: Regarding: █████████████

Courtney, I understand. Will Allen is not counsel for the County
until an insurance claim has been made and the case assigned to him,
he has no involvement. Additionally, John Hall is counsel for the
HCSO and all the information requested are in the custody of the
HCSO. The County does not have the information requested separate
and apart from the HCSO. This applies on all the requests that you
are waiting on.

> On 12/28/2023 11:07 AM CST Courtney Sanders
> <courtneys@coxwelllaw.com> wrote:

Hi Ray,

I'm following up on records for ██████████. On
October 17, 2023, I mailed my Letter of
Preservation and Public Records Request to Hinds
County Sheriff's Department and Hinds County
Chancery Clerk. I attached the letters to this email
for your convenience. On October 19, 2023, my
letters were received by Ms. Alexandria Moore (see
attached certified mail return receipts). I have yet to
receive any records or correspondence regarding
this matter.

I reached out to Will Allen in November regarding

records for Mr. █████ and Will passed my letters to you on November 7, 2023. Please let me know a status for █████████ records and when we may receive them.


Thank you,

Courtney Sanders

**Associate Attorney | Coxwell & Mullins, PLLC |**
**500 N. State Street | Jackson, MS 39201 (Mailing**
**address: P.O. Box 1337 | Jackson, MS 39215-**
**1337) | Office: (601) 948-1600 | Fax: (601) 948-**
**7097 | Toll Free: 1-877-231-1600 |**
courtneys@coxwelllaw.com | www.coxwelllaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail is privileged and CONFIDENTIAL and is intended for the use of the addressee given above. If you are neither the intended recipient nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (601) 948-1600 to arrange for the return to us of the original document.

Coxwell & Associates must notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.


The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (601) 948-1600

| | |
|---|---|
| **From:** | Courtney Sanders |
| **To:** | Courtney Sanders |
| **Subject:** | FW: Hinds County Jail outstanding records |
| **Date:** | Thursday, March 14, 2024 12:03:41 PM |

# Courtney Sanders
**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Courtney Sanders <courtneys@coxwelllaw.com>
**Sent:** Thursday, March 14, 2024 12:03 PM
**To:** Chuck Mullins <chuckm@coxwelllaw.com>; John Hall <jhall@co.hinds.ms.us>; John Hall <jhall@halllawgrp.com>
**Cc:** tony gaylor <tgaylor@cglawpartners.com>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Subject:** RE: Hinds County Jail outstanding records

The records we have outstanding are for:

1. **Joseph Brown**. Date of incidents (2): on or about March 2023.
    a. Nov. 7, 2023: Letter of Preservation and Records Request mailed / emailed.
    b. Dec. 5, 2023: Will Allen directed request to Mr. Hall and included him in the email with the records request.
    c. As of March 14, no status/response regarding records.

2. ████████████████████████████████████.
    a. October 17, 2023: Letter to preservation and public Records Request mailed.
    b. October 19, 2023: Return Receipt signed received by HCSO.
    c. As of March 14, no status/response regarding records after many attempts via email.

3. █████████████████████████████████████████
    a. Dec. 13, 2023: Letter of preservation and public records request mailed.
    b. Dec. 19, 2023: Return Receipt signed received by Mr. Hall.
    c. As of March 14, no status/response regarding records after many attempts to follow up via email.

Please provide a status of these records requested as far back as October 2023 at your earliest convenience.

Thank you,

## Courtney Sanders
**Associate Attorney | Coxwell & Mullins, PLLC**

**From:** Chuck Mullins <chuckm@coxwelllaw.com>
**Sent:** Wednesday, March 13, 2024 12:31 PM
**To:** John Hall <jhall@co.hinds.ms.us>; John Hall <jhall@halllawgrp.com>
**Cc:** Courtney Sanders <courtneys@coxwelllaw.com>; tony gaylor <tgaylor@cglawpartners.com>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Subject:** RE: Hinds County Jail outstanding records

This will be our last attempt to ask Hinds County to comply with the Public Records Act. After this we will seek to recover those penalties and reasonable expenses allowable. Courtney please calendar for 10 days.

*Literally,*

*Chuck*

Charles R. "Chuck" Mullins
Coxwell & Mullins
500 N. State Street
Jackson, MS 39201
(P) 601.948.1600, (F) 601.948.7097
chuckm@coxwelllaw.com
www.coxwelllaw.com

**From:** Chuck Mullins
**Sent:** Tuesday, January 23, 2024 8:49 AM
**To:** John Hall <jhall@co.hinds.ms.us>; John Hall <jhall@halllawgrp.com>
**Cc:** Courtney Sanders <courtneys@coxwelllaw.com>; tony gaylor <tgaylor@cglawpartners.com>; rchambers cglawpartners.com <rchambers@cglawpartners.com>
**Subject:** Hinds County Jail outstanding records

John,

I'm following up on the following overdue public records requests:

1. Joseph Brown
2. ██████████

Thanks!

*Chuck*

Charles R. "Chuck" Mullins
Coxwell & Mullins
500 N. State Street
Jackson, MS 39201
(P) 601.948.1600, (F) 601.948.7097
chuckm@coxwelllaw.com
www.coxwelllaw.com







**USPS TRACKING #**

9590 9402 8519 3186 9395 50



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Coxwell & Associates, PLLC
**ATTN: Courtney Sanders**
500 N. State Street
Jackson, MS 39201

J. Brown - LOP+P+PA



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage
$

Total Postage and Fees
$

Sent To    Eddie Jean Carr, Chancery Clerk
Hinds County Chancery Court
Street and Apt. No., or PO Box No.    Post Office Box 686
Jackson, Mississippi 39205-0686
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0001 3060 3810

# COXWELL & ASSOCIATES, PLLC

ATTORNEYS AT LAW

MERRIDA COXWELL, P.C.**
CHARLES R. MULLINS, P.C.*

** *Also Licensed in District of Columbia*
*and West Virginia, and Arkansas*

* *Also Licensed in District of Columbia*
*and West Virginia*

*500 North State Street*
*Post Office Box 1337*
*Jackson, Mississippi 39215-1337*

November 7, 2023

Tel: (601) 948.1600
Fax: (601) 948-7097
Toll Free:
1-877-231-1600

**VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:**
Eddie Jean Carr, Chancery Clerk
Hinds County Chancery Court    -3810
Post Office Box 686
Jackson, Mississippi 39205-0686

**VIA ELECTRONIC MAIL:**
Will Allen, Esq.            Tony Gaylor, Esq.            Ray Chambers, Esq.
wallen@aabalegal.com       tgaylor@cglawpartners.com   rchambers@co.hinds.ms.us
will.allen@aabalega.com

    **Re:    Joseph Brown**

Dear Sir or Madam,

    Our office has been contacted by Joseph Brown to investigate a potential claim arising out of incidents that occurred at the Hinds County Jail on or about (a) February 2023 and (b) March 2023.

    I am writing to ask that you preserve any and all evidence associated with this incident including, but not limited to, all log books, video/audio taken by surveillance cameras, photos, emails, text messages, 911 calls, computer assisted dispatch (CAD), body camera video, dashcam video, taser download and any statements by witnesses or any other electronic documentary evidence.

    If any item of evidence is to be recycled or destroyed, for any reason, please notify me in advance so that I may preserve the evidence at my expense. If you cannot or will not honor this request, kindly notify me of that fact within five (5) days of your receipt of this letter.

    If I receive no response, I will assume that you intend to preserve all evidence and notify me sufficiently in advance of the destruction so that I can preserve it at my cost. I will also assume that you have directed the appropriate individuals to abide by this request so that evidence is not inadvertently, or in the course of routine practice, destroyed or otherwise rendered non-retrievable.

Sincerely,

COURTNEY D. SANDERS

CRM/cds

Page **1** of 1

# COXWELL & ASSOCIATES, PLLC

## ATTORNEYS AT LAW

MERRIDA COXWELL, P.C.**
CHARLES R. MULLINS, P.C.*

** Also Licensed in District of Columbia
and West Virginia, and Arkansas

* Also Licensed in District of Columbia
and West Virginia

*500 North State Street*
*Post Office Box 1337*
*Jackson, Mississippi 39215-1337*

Tel: (601) 948.1600
Fax: (601) 948-7097
Toll Free:
1-877-231-1600

November 7, 2023

### *VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:*

Eddie Jean Carr, Chancery Clerk
Hinds County Chancery Court                   – 3810
Post Office Box 686
Jackson, Mississippi 39205-0686

### *VIA ELECTRONIC MAIL:*

| | | |
|---|---|---|
| Will Allen, Esq. | Tony Gaylor, Esq. | Ray Chambers, Esq. |
| wallen@aabalegal.com | tgaylor@cglawpartners.com | rchambers@co.hinds.ms.us |
| will.allen@aabalega.com | | |

RE:    **FOIA Public Records Request**

Dear Sir or Madam,

Our office has been contacted by Joseph Brown to investigate an incident(s) which occurred on or about (a) February 2023, and (b) March 2023, at the Hinds County Jail in Raymond, Mississippi.

Under the Mississippi Public Records Act § 25-61-1 *et seq.*, I am requesting an opportunity to inspect or obtain copies of public records relative to said incident, specifically, **the CID file, all files, log books, 911 calls, body camera footage, dash camera footage, photos, emails, medical records, documentation, electronic control device data, surveillance video, audio recordings, and any statements by witnesses related to Joseph Brown.**

If there are any fees for searching or copying these records, please advise my office as soon as possible as to the specific amount and to whom it should be directed; please be advised, however, that I am requesting a waiver of all fees in that disclosure of the requested information is in the public interest and this request is not made for commercial purposes.

The law requires that you respond to this request within one and fourteen (14) days, dependent on your Department's established policy. If you expect a significant delay in your response, please contact me to advise as to when I can either expect receipt of copies, or the ability to personally inspect the requested records.

1

If you deny any portion of this request or the request in its' entirety, please cite with specificity each specific exemption you feel justifies the refusal to release this public information and notify me as to the appellate procedures available under the law.

Thank you for your consideration and assistance with this matter.

Very sincerely yours,

COURTNEY SANDERS

CRM/cds

2